Robert S. Westermann (VSB No. 43294)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957
Email: rwestermann@hf-law.com
       sdelacruz@hf-law.com

*Proposed Counsel for Debtor, Carter's Grove, LLC*

Debra I. Grassgreen (*pro hac vice* pending)
John W. Lucas (*pro hac vice* pending)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Phone: (415) 263-7000
Facsimile: (415) 263-7010
Email: dgrassgreen@pszjlaw.com
       jlucaspszjlaw.com

*Counsel for Debtor, Carter's Grove, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

In re:                                )
                                      )
CARTER'S GROVE, LLC,                  )    Case No. 11-51330-SCS
                                      )
              Debtor.                 )    Chapter 11

**NOTICE OF MOTION OF THE DEBTOR FOR ORDER PURSUANT
TO 11 U.S.C. §1121(D) EXTENDING THE EXCLUSIVE PERIOD IN
WHICH THE DEBTOR MAY SOLICIT ACCEPTANCES OF PLAN
OF REORGANIZATION AND HEARING THEREON**

**PLEASE TAKE NOTICE THAT** on August 5, 2011, the debtor, Carter's Grove, LLC (the "Debtor"), by counsel, filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Court"), its *Motion of the Debtor for Order Pursuant to 11 U.S.C. §1121(d) Extending the Exclusive Period in Which the Debtor May Solicit Acceptances of Plan of Reorganization* (the "Motion to Extend").

**PLEASE TAKE FURTHER NOTICE THAT** on August 5, 2011, the Debtor also filed a *Motion for a Bridge Order, or Alternatively, Expedited Hearing* (the "Motion for Bridge Order or Expedited Hearing"), requesting entry of an order for entry of an order temporarily extending

the Debtor's exclusive period to solicit votes (the "Exclusive Solicitation Period") for its chapter 11 plan through date the Court considers and rules upon the Motion to Extend, or in the alternative, setting an expedited hearing on the Motion to Extend at the Court's earliest convenience but prior to the expiration of the Exclusive Solicitation Period.

**PLEASE TAKE FURTHER NOTICE THAT** the Court will enter a bridge order and has scheduled the hearing (the "Hearing") on the Motion to Extend for **August 18, 2011, at 1:00 p.m. (Eastern Time), in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Bankruptcy Court, 600 Granby Street, 4th Floor, Courtroom #1, Norfolk, VA, 23510**.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Motion for Bridge Order or Expedited Hearing and Motion to Extend (collectively, the "Motions") may be viewed on the Court's website at www.vaeb.uscourts.gov in accordance with the procedures and fees set forth therein. Copies of the Motions may also be obtained by contacting the undersigned counsel for the Debtor.

**PLEASE TAKE FUTHER NOTICE THAT your rights may be affected. You should read the Motions carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**PLEASE TAKE FURTHER NOTICE THAT** if you do not want the Court to grant the relief sought in the Motions, or if you want the Court to consider your views on the Motions, then you or your attorney must attend the Hearing scheduled for **August 18, 2011, at 1:00 p.m.** If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motions and may enter orders granting the relief requested in the Motions.

Case 11-51330-SCS    Doc 20    Filed 08/05/11    Entered 08/05/11 15:50:06    Desc Main
Document      Page 3 of 3

Dated: August 5, 2011                                   CARTER'S GROVE, LLC

                                                       By: /s/ Sheila deLa Cruz
                                                            Proposed Counsel

Robert S. Westermann (VSB No. 43294)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957
Email: rwestermann@hf-law.com
       sdelacruz@hf-law.com

and

Debra I. Grassgreen (*pro hac vice* pending)
John W. Lucas (*pro hac vice* pending)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Phone: (415) 263-7000
Facsimile: (415) 263-7010
Email: dgrassgreen@pszjlaw.com
       jlucaspszjlaw.com

*Counsel for the Debtor, Carter's Grove, LLC*