Robert S. Westermann (VSB No. 43294)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957
Email: rwestermann@hf-law.com
       sdelacruz@hf-law.com

Debra I. Grassgreen (*pro hac vice* pending)
John W. Lucas (*pro hac vice* pending)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Phone: (415) 263-7000
Facsimile: (415) 263-7010
Email: dgrassgreen@pszjlaw.com
       jlucaspszjlaw.com

*Proposed Counsel for Debtor, Carter's Grove, LLC*    *Counsel for Debtor, Carter's Grove, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| In re: | ) |
| | ) |
| CARTER'S GROVE, LLC, | ) Case No. <u>11-51330-SCS</u> |
| | ) |
| Debtor. | ) Chapter 11 |

**ORDER GRANTING DEBTOR'S MOTION FOR
A BRIDGE ORDER, OR ALTERNATIVELY, EXPEDITED HEARING**

Upon the *Motion for Bridge Order or Expedited Hearing* [Docket No. 16] (the "<u>Motion for Bridge Order or Expedited Hearing</u>")[1] filed by the debtor, Carter's Grove, LLC (the "<u>Debtor</u>") for an order, pursuant to section 105 of the Bankruptcy Code, Rule 9006 of the Federal Rules of Bankruptcy Procedure, and Rule 9013-1(M) and (N) of the Local Bankruptcy Rules, requesting the Court for entry of an order temporarily extending the Debtor's exclusive period to solicit votes (the "<u>Exclusive Solicitation Period</u>") for its chapter 11 plan through date the Court considers and rules upon *Motion of the Debtor for Order Pursuant to 11 U.S.C. §1121(d) Extending the Exclusive Period in Which the Debtor May Solicit Acceptances of Plan of Reorganization* [Docket No. 15]

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion for Bridge Order or Expedited Hearing.

(the "Motion to Extend"), or in the alternative, setting an expedited hearing (the "Expedited Hearing") on the Motion to Extend at the Court's earliest convenience but prior to the expiration of the Exclusive Solicitation Period, and deeming the Debtor's notice of the Expedited Hearing as set forth therein to be adequate and appropriate notice under the circumstances; the Court having reviewed the Motion for Bridge Order or Expedited Hearing, the Motion to Extend, and the Certification for the Expedited Hearing; it appearing to the Court that proper and adequate notice of the Motion for Bridge Order or Expedited Hearing has been given under the circumstances and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.  The Motion for Bridge Order or Expedited Hearing is **GRANTED** per the following terms:

    ☒   **Bridge Order:** The Court has scheduled a hearing on the Motion to Extend for August 18, 2011, at 1:00 p.m. (Eastern Time) (Norfolk Division), and the Exclusive Solicitation Period shall be extended through and including August 18, 2011, or such later date the Court makes a determination on the Motion to Extend.

2.  The form of the Debtor's *Notice of Motion of the Debtor for Order Pursuant to 11 U.S.C. §1121(d) Extending the Exclusive Period in Which the Debtor May Solicit Acceptances of Plan of Reorganization and of Proposed Expedited Hearing Thereon* attached hereto as **Exhibit 1** (the "Notice") is hereby approved.

3.  As soon as practicable, the Debtor shall serve the Notice of the Motion for Bridge Order or Expedited Hearing *via* first class mail, postage pre-paid and/or electronic mail on: (i) the

Office of the United States Trustee for the Eastern District of Virginia; (ii) counsel for the Secured Creditors; and (iii) the Debtor's unsecured creditors and/or their known counsel. Under the circumstances, no other or further notice of the Motion for Bridge Order or Expedited Hearing is required. The notice of the Motion for Bridge Order or Expedited Hearing is deemed sufficient.

4. The notice requirements of Local Bankruptcy Rules 5005-l(A)(8) and 9013-1(M) are hereby waived for the Motion for Bridge Order or Expedited Hearing and the Motion to Extend, subject to the Court's right, upon further consideration at the Expedited Hearing, to require additional notice with respect to the Motion to Extend.

5. Subject to the Debtor's serving the Motion to Extend in accordance with this Order, the requirements of Local Bankruptcy Rule 9022-1(B) and (C) are hereby waived for the Motion for Bridge Order or Expedited Hearing and the Motion to Extend.

6. The requirement of filing a written response to the Motion to Extend is waived.

7. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion for Bridge Order or Expedited Hearing.

8. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion for Bridge Order or Expedited Hearing is hereby waived.

9. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____

Newport News, Virginia

_____
United States Bankruptcy Judge

Entered on Docket: _____

I ask for this:

  /s/ Sheila deLa Cruz
Robert S. Westermann (VSB No. 43294)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957
and

Debra I. Grassgreen (*pro hac vice* pending)
John W. Lucas (*pro hac vice* pending)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Phone: (415) 263-7000
Facsimile: (415) 263-7010
Email: dgrassgreen@pszjlaw.com
         jlucaspszjlaw.com
*Counsel for the Debtor, Carter's Grove, LLC*


Seen and Agreed:

  /s/ Debera F. Conlo_____ (signature authorized)
Debera F. Conlon (VSB No. 20837)
Office of the United States Trustee
200 Granby Street, Room 625

4

Case 11-51330-SCS    Doc 37    Filed 08/09/11    Entered 08/09/11 10:30:41    Desc Main
                   Document      Page 5 of 8

Norfolk, VA 23510
Phone: (757) 441-6012
Facsimile: (757) 441-3266
*Assistant U.S. Trustee*

## **LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION**

      I hereby certify that the foregoing proposed order has been served upon and/or endorsed by all necessary parties.

                                        /s/   Sheila deLa Cruz
                                            Proposed Counsel

**EXHIBIT 1**

| | |
|---|---|
| Robert S. Westermann (VSB No. 43294) | Debra I. Grassgreen (*pro hac vice* pending) |
| Sheila deLa Cruz (VSB No. 65395) | John W. Lucas (*pro hac vice* pending) |
| Hirschler Fleischer, P.C. | Pachulski Stang Ziehl & Jones LLP |
| The Edgeworth Building | 150 California Street, 15th Floor |
| 2100 East Cary Street | San Francisco, CA 94111-4500 |
| Richmond, Virginia 23223 | Phone: (415) 263-7000 |
| P.O. Box 500 | Facsimile: (415) 263-7010 |
| Richmond, Virginia 23218-0500 | Email: dgrassgreen@pszjlaw.com |
| Phone: (804) 771-9500 | jlucaspszjlaw.com |
| Facsimile: (804) 644-0957 | |
| Email: rwestermann@hf-law.com | |
| sdelacruz@hf-law.com | |
| | |
| *Proposed Counsel for Debtor, Carter's Grove, LLC* | *Counsel for Debtor, Carter's Grove, LLC* |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CARTER'S GROVE, LLC, | ) | Case No. <u>11-51330-SCS</u> |
| | ) | |
| Debtor. | ) | Chapter 11 |

**NOTICE OF MOTION OF THE DEBTOR FOR ORDER PURSUANT
TO 11 U.S.C. §1121(D) EXTENDING THE EXCLUSIVE PERIOD IN
WHICH THE DEBTOR MAY SOLICIT ACCEPTANCES OF PLAN
OF REORGANIZATION AND HEARING THEREON**

**PLEASE TAKE NOTICE THAT** on August 5, 2011, the debtor, Carter's Grove, LLC (the "<u>Debtor</u>"), by counsel, filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "<u>Court</u>"), its *Motion of the Debtor for Order Pursuant to 11 U.S.C. §1121(d) Extending the Exclusive Period in Which the Debtor May Solicit Acceptances of Plan of Reorganization* (the "<u>Motion to Extend</u>").

**PLEASE TAKE FURTHER NOTICE THAT** on August 5, 2011, the Debtor also filed a *Motion for a Bridge Order, or Alternatively, Expedited Hearing* (the "<u>Motion for Bridge Order or</u>

Expedited Hearing"), requesting entry of an order for entry of an order temporarily extending the Debtor's exclusive period to solicit votes (the "Exclusive Solicitation Period") for its chapter 11 plan through date the Court considers and rules upon the Motion to Extend, or in the alternative, setting an expedited hearing on the Motion to Extend at the Court's earliest convenience but prior to the expiration of the Exclusive Solicitation Period.

**PLEASE TAKE FURTHER NOTICE THAT** the Court will enter a bridge order and has scheduled the hearing (the "Hearing") on the Motion to Extend for **August 18, 2011, at 1:00 p.m. (Eastern Time), in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Bankruptcy Court, 600 Granby Street, 4th Floor, Courtroom #1, Norfolk, VA, 23510**.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Motion for Bridge Order or Expedited Hearing and Motion to Extend (collectively, the "Motions") may be viewed on the Court's website at www.vaeb.uscourts.gov in accordance with the procedures and fees set forth therein. Copies of the Motions may also be obtained by contacting the undersigned counsel for the Debtor.

**PLEASE TAKE FUTHER NOTICE THAT your rights may be affected. You should read the Motions carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**PLEASE TAKE FURTHER NOTICE THAT** if you do not want the Court to grant the relief sought in the Motions, or if you want the Court to consider your views on the Motions, then you or your attorney must attend the Hearing scheduled for **August 18, 2011, at 1:00 p.m.** If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motions and may enter orders granting the relief requested in the Motions.

|   |   |
|---|---|
| Dated:  August 5, 2011 | CARTER'S GROVE, LLC |
|   | By: /s/ Sheila deLa Cruz |
|   | Proposed Counsel |

Robert S. Westermann (VSB No. 43294)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957
Email:  rwestermann@hf-law.com
           sdelacruz@hf-law.com

and

Debra I. Grassgreen (*pro hac vice* pending)
John W. Lucas (*pro hac vice* pending)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Phone: (415) 263-7000
Facsimile: (415) 263-7010
Email: dgrassgreen@pszjlaw.com
           jlucaspszjlaw.com

*Counsel for the Debtor, Carter's Grove, LLC*