Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (NY Bar No. 4288379)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California  94111-4500
Telephone: (415) 263-7000
Facsimile:  (415) 263-7010
Email:   rpachulski@pszjlaw.com
         dgrassgreen@pszjlaw.com
         jlucas@pszjlaw.com

*Counsel for Carter's Grove, LLC,*
*Debtor and Debtor in Possession*

Stephen J. Darmody (VSB No. 29105)
FOLEY & LARDNER, LLP
2 South Biscayne Boulevard, Suite 1900
Miami, Florida  33131
Telephone: (305) 482-8427
Facsimile:  (305) 482-8600
E-mail:   SDarmody@foley.com

*PROPOSED Special Litigation*
*Co-Counsel for Carter's Grove, LLC,*
*Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CARTER'S GROVE, LLC, | ) | Case No. 11-51330-SCS |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| CARTER'S GROVE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 11-05027-SCS |
| | ) | |
| THE COLONIAL WILLIAMSBURG FOUNDATION, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE THAT** on August 5, 2011, the debtor, Carter's Grove, LLC

(the "Debtor"), by counsel, filed with the United States Bankruptcy Court for the Eastern District

of Virginia, Richmond Division (the "Court"), its *Request for Hearing and Status Conference* [Doc. No. 17] (the "Request for Status Conference") in the underlying bankruptcy case, in which the Debtor requested the Court to schedule a status conference (the "Status Conference") in the above-titled Adversary Proceeding.

**PLEASE TAKE FURTHER NOTICE THAT** on August 5, 2011, the Court granted the Debtor's Request for Status Conference and has scheduled the Status Conference for **August 18, 2011, at 1:00 p.m., (Eastern Time), in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Bankruptcy Court, 600 Granby Street, 4th Floor, Courtroom 1, Norfolk, VA, 23510**.

**PLEASE TAKE FURTHER NOTICE THAT** a copy of the Request for Status Conference may be viewed on the Court's website at www.vaeb.uscourts.gov in accordance with the procedures and fees set forth therein.  A copy of the Request for Status Conference may also be obtained by contacting the undersigned counsel for the Debtor.

Dated:  August 8, 2011                                       CARTER'S GROVE, LLC

                                                             By: /s/ Sheila deLa Cruz
                                                                     Proposed Counsel

Robert S. Westermann (VSB No. 43294)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957
Email:  rwestermann@hf-law.com
        sdelacruz@hf-law.com

and

2

Debra I. Grassgreen (*pro hac vice* pending)
John W. Lucas (*pro hac vice* pending)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Phone: (415) 263-7000
Facsimile: (415) 263-7010
Email: dgrassgreen@pszjlaw.com
      jlucaspszjlaw.com

and

Stephen J. Darmody (VSB No. 29105)
FOLEY & LARDNER, LLP
2 South Biscayne Boulevard, Suite 1900
Miami, Florida  33131
Telephone: (305) 482-8427
Facsimile:  (305) 482-8600
E-mail:   SDarmody@foley.com

*Counsel for the Debtor, Carter's Grove, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2011, a true and correct copy of the foregoing Notice was served using the Court's ECF system, which thereby caused the Notice to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and that the Notice was also served via electronic mail and/or first class mail, postage prepaid, to the parties listed below:

    Debera F. Conlon, Esq.
    Office of the U.S. Trustee
    200 Granby Street Norfolk
    VA 23510-1811.
    Debera.F.Conlon@usdoj.gove

    *Assistant U.S. Trustee*

Tara L. Elgie, Esq.
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
telgie@hunton.com

*Counsel for The Colonial Williamsburg Foundation*

                    /s/ Sheila deLa Cruz
                      Proposed Counsel