| | |
|---|---|
| Robert S. Westermann (VSB No. 43294) | Debra I. Grassgreen (*pro hac vice* pending) |
| Sheila deLa Cruz (VSB No. 65395) | John W. Lucas (*pro hac vice* pending) |
| Hirschler Fleischer, P.C. | Pachulski Stang Ziehl & Jones LLP |
| The Edgeworth Building | 150 California Street, 15th Floor |
| 2100 East Cary Street | San Francisco, CA 94111-4500 |
| Richmond, Virginia 23223 | Phone: (415) 263-7000 |
| P.O. Box 500 | Facsimile: (415) 263-7010 |
| Richmond, Virginia 23218-0500 | Email: dgrassgreen@pszjlaw.com |
| Phone: (804) 771-9500 | jlucaspszjlaw.com |
| Facsimile: (804) 644-0957 | |
| Email: rwestermann@hf-law.com | |
| sdelacruz@hf-law.com | |

*Proposed Counsel for Debtor, Carter's Grove, LLC*    *Counsel for Debtor, Carter's Grove, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CARTER'S GROVE, LLC, | ) | Case No. 11-51330-SCS |
| | ) | |
| Debtor. | ) | Chapter 11 |

**NOTICE OF: (A) STATUS CONFERENCE; AND (B) HEARING
ON DEBTOR'S MOTION TO FILE UNDER SEAL CONFIDENTIAL
LIST OF MATERIAL ASSETS AND OBLIGATIONS OF HALSEY M.
MINOR AS A PROPOSED EXHIBIT TO DEBTOR'S PROPOSED
DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION**

**PLEASE TAKE NOTICE THAT,** on August 5, 2011, the debtor, Carter's Grove, LLC (the "Debtor"), by proposed counsel, filed with the United States Bankruptcy Court for the Eastern District of Virginia, Newport News Division (the "Court"), a *Request for Hearing and Status Conference* [Doc. No. 17] (the "Request for Hearing and Status Conference").

**PLEASE TAKE FURTHER NOTICE THAT** per the Request for Hearing and Status Conference, the Debtor respectfully requested that the Court schedule a status conference (the "Status Conference") in this bankruptcy proceeding, as well as a hearing (the "Hearing") on the Debtor's *Motion To File Under Seal Confidential List Of Material Assets And Obligations Of*

*Halsey M. Minor As A Proposed Exhibit To Debtor's Proposed Disclosure Statement And Plan Of Reorganization* (the "<u>Motion to Seal</u>"), which was previously filed with this Court.[1]

**PLEASE TAKE FURTHER NOTICE THAT** on August 5, 2011, the Court granted the Debtor's Request for Status Conference and has scheduled the Status Conference <u>and</u> the Hearing on the Motion to Seal for **August 18, 2011, at 1:00 p.m., (Eastern Time), in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Bankruptcy Court, 600 Granby Street, 4th Floor, Courtroom 1, Norfolk, VA, 23510**.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Request for Status Conference and the Motion to Seal may be viewed on the Court's website at www.vaeb.uscourts.gov in accordance with the procedures and fees set forth therein. Copies of the Request for Status Conference and Motion to Seal may also be obtained by contacting the undersigned counsel for the Debtor.

**PLEASE TAKE FUTHER NOTICE THAT <u>your rights may be affected.</u> You should read the Motion to Seal carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**PLEASE TAKE FURTHER NOTICE THAT** if you do not want the Court to grant the relief sought in the Motion to Seal, or if you want the Court to consider your views on the Motion to Seal, then on or before **August 15, 2011**, you or your attorney must:

1. File with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 2014-1. If you mail your written response to the

---

[1] The Debtor initially filed the Motion to Seal on July 7, 2011 [California Docket No. 72], in the United States Bankruptcy Court for the Northern District of California (the "<u>California Bankruptcy Court</u>"). No objections or responses to the Motion to Seal were filed with the California Bankruptcy Court prior to the transfer of the bankruptcy case to this Court. The Motion to Seal is now located on this Court's docket at Doc. No. 7 and is the only such pleading contained in that docket entry that will be heard at the August 18, 2011 Hearing.

2

Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

        William C. Redden, Clerk of Court
        United States Bankruptcy Court
        600 Granby Street, Room 400
        Norfolk, VA
        23510-1915

2.    You must also serve your written response on the following counsel for the Debtor at the address shown below. You must serve the written response early enough so that such counsel will **receive** it on or before the due date identified herein:

        Robert S. Westermann (VSB No. 43294)
        Sheila deLa Cruz (VSB No. 65395)
        Hirschler Fleischer, P.C.
        Post Office Box 500
        Richmond, VA 23218-0500

        Debra I. Grassgreen (*pro hac vice* pending)
        John W. Lucas (*pro hac vice* pending)
        Pachulski Stang Ziehl & Jones LLP
        150 California Street, 15th Floor
        San Francisco, CA 94111-4500

3.    Attend the Hearing scheduled for **August 18, 2011, at 1:00 p.m.**

**PLEASE TAKE FURTHER NOTICE THAT** if you or your attorney does not take these steps, the Court may deem any opposition waived, treat the Motion to Seal as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated:  August 8, 2011                          CARTER'S GROVE, LLC

                                                By: /s/ Sheila deLa Cruz
                                                        Proposed Counsel

Robert S. Westermann (VSB No. 43294)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957
Email:  rwestermann@hf-law.com
        sdelacruz@hf-law.com

and

Debra I. Grassgreen (*pro hac vice* pending)
John W. Lucas (*pro hac vice* pending)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Phone: (415) 263-7000
Facsimile: (415) 263-7010
Email: dgrassgreen@pszjlaw.com
        jlucaspszjlaw.com

*Counsel for the Debtor, Carter's Grove, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2011, a true and correct copy of the foregoing Notice was served using the Court's ECF system, which thereby caused the Notice to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and further certify that the Notice was served via electronic mail, first class mail, and/or overnight delivery to those parties listed in the **Service List** below, which includes the Office of the United States Trustee, the Debtor's unsecured creditors, and counsel for the Debtor's secured creditors.

/s/ Sheila deLa Cruz
Proposed Counsel

## SERVICE LIST

| | | |
|---|---|---|
| AVN Air, LLC<br>Davis Wright Tremaine LLP<br>Attn: Harvey S. Schochet, Esq.<br>505 Montgomery Street, Ste 800<br>San Francisco, CA 94111-6533<br>harveyschochet@dwt.com<br>*Counsel for AVN Air, LLC* | Allied Waste<br>P.O. Box 9001099<br>Louisville, KY 40290-1099 | Anthem Blue Cross and Blue Shield<br>P.O. Box 580494<br>Charlotte, NC 28258-0494 |
| Bay Disposal & Recycling<br>465 E. Indian River Road<br>Norfolk, VA 23523-1755 | Charles Steppe<br>2800 Ridge Road<br>Charlottesville, VA 22901-9484 | City of Newport News<br>Office of the City Attorney<br>2400 Washington Ave.<br>Newport News, VA 23607-4301 |
| Debera F. Conlon, Esq.<br>Office of the U.S. Trustee<br>200 Granby Street<br>Norfolk, VA 23510-1811 | Dominion Power Virginia<br>P.O. Box 26666<br>18th Floor<br>Richmond, VA 23261-6666 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Rob Mays<br>8797 Pocahontas Trail<br>Williamsburg, VA 23185-6025 | Meeks Disposal Corp.<br>1328 Cavalier Blvd.<br>Chesapeake, VA 23323-1502 | Natasha K. Loeblich<br>315 Drexel Drive<br>Grapevine, TX 76051-5102 |
| Newport News Waterworks<br>P.O. Box 979<br>Newport News, VA 23607-0979 | Phillips Energy, Inc.<br>P.O. Box 726<br>Gloucester Point, VA 23062-0726 | Private Client Group (Chartis)<br>P.O. Box 601148<br>Pasadena, CA 91189-1148 |

Morrison & Foerster LLP
Attn: John A. Trocki, III Esq.
1650 Tysons Blvd., Suite 200
McLean, VA 22102
jtrocki@mofo.com
*Counsel for Sotheby's, Inc.*

Morrison & Foerster LLP
Attn: Adam A. Lewis, Esq.
425 Market Street
San Francisco, CA 94105-2482
alewis@mofo.com
*Counsel for Sotheby's, Inc.*

Sotheby's, Inc.
Attn: General Counsel
1334 York Avenue
New York, NY 10021-4806

Hunton & Williams LLP
Attn: Tara L. Elgie, Esq.
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
telgie@hunton.com
*Counsel for The Colonial Williamsburg Foundation*

Kaufman & Canoles, P.C.
Attn: Paul W. Gerhardt, Esq.
4801 Courthouse St., Ste 300
Williamsburg, VA 23188-2678
*Counsel for The Colonial Williamsburg Foundation*

Kaufman & Canoles, P.C.
Attn: Dennis T. Lewandowski, Esq.
Paul K. Campsen, Esq
150 West Main Street, Ste. 2100
Norfolk, VA 23510-1681
*Counsel for The Colonial Williamsburg Foundation*

Vandeventer Black LLP
Attn: David W. Lannetti, Esq.
101 W. Main Street
500 Word Trade Center
Norfolk, VA 23510-1779

Stutman, Treister & Glatt, P.C.
Attn: Jefferey C. Krause, Esq.
H. Alexander Fisch, Esq.
Gabriel I. Glazer, Esq.
JKrause@Stutman.com
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067-6001

Tiger Fuel Company
P.O. Box 1607
Charlottesville, VA 22902-1607

Tami Mays
8797 Pocahontas Trail
Williamsburg, VA 23185-6025

Reed Smith LLP
Attn: James C. Brennan, Esq.
3110 Fairview Park Drive
Suite 1400
Falls Church, VA 22042-4535
jbrennan@reedsmith.com

Reed Smith LLP
Attn: Curtis G. Manchester, Esq.
901 East Byrd Street, Suite 1700
Richmond, VA 23219-4068
cmanchester@reedsmith.com
*Counsel for AVN, Air LLC*