Robert S. Westermann (VSB No. 43294)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Fax:    (804) 644-0957
Email: rwestermann@hf-law.com
       sdelacruz@hf-law.com

*Counsel for Debtor, Carter's Grove, LLC*

Debra I. Grassgreen (*pro hac vice*)
John W. Lucas (*pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA  94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
Phone: (415) 263-7000
Fax:    (415) 263-7010
Email: dgrassgreen@pszjlaw.com
       jlucas@pszjlaw.com

*Counsel for Debtor, Carter's Grove, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| In re: <br><br> **CARTER'S GROVE, LLC,** <br><br> Debtor. | ) Case No.: 11-51330-SCS <br> ) <br> ) Chapter 11 <br> ) <br> ) <br> ) <br> ) |

NOTICE OF DISCLOSURE STATEMENT HEARING

TO ALL HOLDERS OF CLAIMS AND EQUITY INTERESTS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT on September 1, 2011, the above-captioned debtor and debtor in possession (the "Debtor") filed: (a) the proposed *Disclosure Statement In Support of Amended Plan of Reorganization of Carter's Grove, LLC* [Docket No. 64] (as amended from time to time and including all exhibits and supplements thereto, the "Disclosure Statement") and (b) the proposed *Amended Plan of Reorganization of Carter's Grove, LLC* [Docket No. 63] (as amended from time to time and including all exhibits and supplements thereto, the "Plan").

PLEASE TAKE FURTHER NOTICE THAT a hearing on the approval of the proposed Disclosure Statement will be held before the Honorable Stephen C. St. John, United

States Bankruptcy Judge, on **October 21, 2011 at 9:30 a.m. prevailing Eastern Time**, in the United States Bankruptcy Court for the Eastern District of Virginia, 600 Granby Street, 4th Floor, Norfolk, Virginia 23510 (the "Disclosure Statement Hearing"), to consider the entry of an order finding that, among other things, the Disclosure Statement contains "adequate information" within the meaning contained in section 1125 of the Bankruptcy Code. The Disclosure Statement Hearing may be continued from time to time without further notice other than such adjournment announced in open court or a notice of adjournment filed with the Court and served on the parties entitled to receive notice.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Disclosure Statement and Plan may be obtained from: (a) Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111-4500, Telephone: 415/263-7000 (Attn: John W. Lucas, jlucas@pszjlaw.com), (b) Hirschler Fleischer, P.C., The Edgeworth Building, 2100 East Cary Street, Richmond, Virginia 23223, P.O. Box 500, Richmond, Virginia 23218-0500, Telephone: (804) 771-9500 (Attn: Sheila deLa Cruz, sdelacruz@hf-law.com), or (c) from the Court's website, for a fee *via* PACER, at www.vaeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE THAT** responses and objections, if any, to the approval of the Disclosure Statement, or any of the other relief sought by the Debtor in connection with the approval of the Disclosure Statement, must be made in accordance with rule 9013-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia. Responses or objections, if any, must also be filed with the Bankruptcy Court and served by first-class mail upon the undersigned counsel for the Debtor and such other parties as required by Federal Rule of Bankruptcy Procedure 3017(a) so as to be actually received no later than **5:00 p.m. prevailing Eastern Time on October 7, 2011.**

Dated: September 1, 2011

CARTER'S GROVE, LLC

By: /s/ Sheila deLa Cruz
Counsel for Debtor, Carter's Grove, LLC

Robert S. Westermann (VSB No. 43294)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957
Email: rwestermann@hf-law.com
       sdelacruz@hf-law.com

and

Debra I. Grassgreen (*pro hac vice*)
John W. Lucas (*pro hac vice*)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Phone: (415) 263-7000
Facsimile: (415) 263-7010
Email: dgrassgreen@pszjlaw.com
       jlucaspszjlaw.com

*Counsel for the Debtor, Carter's Grove, LLC*

DOCS_SF:77969.1 33801-002