| | |
|---|---|
| Robert S. Westermann (VSB No. 43294) | Debra I. Grassgreen (*pro hac vice* pending) |
| Sheila deLa Cruz (VSB No. 65395) | John W. Lucas (*pro hac vice* pending) |
| Hirschler Fleischer, P.C. | Pachulski Stang Ziehl & Jones LLP |
| The Edgeworth Building | 150 California Street, 15th Floor |
| 2100 East Cary Street | San Francisco, CA 94111-4500 |
| Richmond, Virginia 23223 | Phone: (415) 263-7000 |
| P.O. Box 500 | Facsimile: (415) 263-7010 |
| Richmond, Virginia 23218-0500 | Email: dgrassgreen@pszjlaw.com |
| Phone: (804) 771-9500 | jlucaspszjlaw.com |
| Facsimile: (804) 644-0957 | |
| Email: rwestermann@hf-law.com | |
|        sdelacruz@hf-law.com | |

*Counsel for Debtor, Carter's Grove, LLC*        *Counsel for Debtor, Carter's Grove, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CARTER'S GROVE, LLC, | ) | Case No. 11-51330-SCS |
| | ) | |
| Debtor. | ) | Chapter 11 |

**SCHEDULING ORDER REGARDING HEARING ON THE APPROVAL OF DISCLOSURE STATEMENT AND FILING OF SECOND EXCLUSIVITY MOTION**

On August 18, 2011, the Court presided over a status conference (the "Status Conference") regarding the administration of the Debtor's chapter 11 case, the scheduling of a hearing on the approval of the Debtor's proposed disclosures statement (as may be amended from time to time, the "Disclosure Statement") in support of the proposed plan of reorganization (as may be amended from time to time, the "Plan"), and the filing of a second motion extending the Debtor's exclusivity periods (the "Exclusivity Motion"); and for the reasons stated by the Court at the Status Conference:

**IT IS HEREBY ORDERED THAT:**

1. The Debtor shall file with the Court and serve the Exclusivity Motion on all parties entitled to notice thereof on or before September 1, 2011.

2. The Debtor shall file with the Court the proposed Disclosure Statement and proposed Plan on or before September 1, 2011. In a connection with the filing of the proposed Disclosure Statement, the Debtor shall serve all appropriate parties notice of the dates set forth herein.

3. All responses and objections to the proposed Disclosure Statement shall be filed and served on or before 5:00 p.m. (Prevailing Eastern Time) on October 7, 2011.

4. All replies to responses or objections to the proposed Disclosures Statement shall be filed and served on or before 5:00 p.m. (Prevailing Eastern Time) on October 14, 2011.

5. The hearing on the approval of the proposed Disclosure Statement shall be held on October 21, 2011 at 9:30 a.m. (Prevailing Eastern Time) at the United States Bankruptcy Court for the Eastern District of Virginia, 600 Granby Street, 4th Floor, Norfolk, Virginia 23510.

6. The Clerk is directed to send a copy of this Order upon entry to all parties in interest.

Dated: September __, 2011
       Newport News, Virginia        _____
                                              United States Bankruptcy Judge

                                              Entered on Docket: _____

I ask for this:

 /s/ Robert S. Westermann
Robert S. Westermann (VSB No. 43294)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957
and

Debra I. Grassgreen (admitted *pro hac vice*)
John W. Lucas (admitted *pro hac vice*)
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Phone: (415) 263-7000
Facsimile: (415) 263-7010
Email: dgrassgreen@pszjlaw.com
         jlucaspszjlaw.com

*Counsel for the Debtor, Carter's Grove, LLC*


Seen and Agreed:

  /s/ Kenneth N. Whitehurst, III          (signature authorized)
Debera F. Conlon (VSB No. 20837)
Kenneth N. Whitehurst, III (VSB No. 48919)
Office of the United States Trustee
200 Granby Street, Room 625
Norfolk, VA 23510
Phone: (757) 441-6012
Facsimile: (757) 441-3266

*Assistant U.S. Trustee*

## CERTIFICATE OF ENDORSEMENT

I hereby certify, under Local Rule 9022-1, that the foregoing Order has been endorsed by and/or served upon all necessary parties.

                                                                                          Robert S. Westermann
                                                                                              Counsel