In re: Carter's Grove, LLC

**Case No.** 11-51330

**CHAPTER 11**
**MONTHLY OPERATING REPORT**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 09/30/11      **PETITION DATE:** 02/14/11

1. Debtor in possession hereby submits this Monthly Operating Report on the Accrual Basis of accounting.

   Dollars reported in  $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $18,897 | $27,133 | |
| b. Total Assets | $15,975,314 | $15,983,551 | $21,156,418 |
| c. Current Liabilities | $22,252 | $6,394 | |
| d. Total Liabilities | $12,512,728 | $12,496,870 | $12,490,476 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $10,000 | $45,000 | $241,697 |
| b. Total Disbursements | $18,237 | $52,904 | $228,800 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($8,237) | ($7,904) | $12,897 |
| d. Cash Balance Beginning of Month | $27,133 | $35,037 | $0 |
| e. Cash Balance End of Month (c + d) | $18,897 | $27,133 | $12,897 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. **Post-Petition Liabilities** | $22,252 | $6,394 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $16,368 | $2,248 | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | X | |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes  N/A  ;     U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition tax reporting and tax returns:  Not yet due  .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:  10/19/11

_____
Responsible Individual

| | **Assets** | **Check if Exemption Claimed on Schedule C** | **Market Value** |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $18,897 |
| 2 | Accounts receivable (net) | | $0 |
| 3 | Retainer(s) paid to professionals | | $0 |
| 4 | Other: | | $0 |
| 5 | | | |
| 6 | **Total Current Assets** | | $18,897 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $15,800,000 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | | $149,918 |
| 10 | Vehicles | | $6,500 |
| 11 | Partnership interests | | $0 |
| 12 | Interest in corportations | | $0 |
| 13 | Stocks and bonds | | $0 |
| 14 | Interests in IRA, Keogh, other retirement plans | | $0 |
| 15 | Other: | | $0 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $15,956,418 |
| 18 | **Total Assets** | | $15,975,314 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $5,885 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $16,368 |
| 21 | Post-petition delinquent taxes | | $0 |
| 22 | Accrued professional fees | | $0 |
| 23 | Other: | | $0 |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $22,252 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $22,252 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $12,422,064 |
| 29 | Secured claims (other) | | |
| 30 | Priority unsecured claims | | $14,992 |
| 31 | General unsecured claims | | $53,420 |
| 32 | **Total Pre-Petition Liabilities** | | $12,490,476 |
| 33 | **Total Liabilities** | | $12,512,728 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $3,462,586 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $15,975,314 |

NOTE:

The value of the real property is based off an appraisal dated 10/19/2009. The appraisal uses both the "Cost Approach" and "Comparable Sales Approach." The value of the equipment is based on the purchase price in 12/07 and subject to depreciation since the date of purchase.

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|    |                                    | Property 1 | Property 2 | Property 3 |
|----|------------------------------------|-----------:|-----------:|-----------:|
| 1  | Description of Property            |            |            |            |
| 2  | Scheduled Gross Rents              |            |            |            |
|    | Less:                              |            |            |            |
| 3  | Vacancy Factor                     |            |            |            |
| 4  | Free Rent Incentives               |            |            |            |
| 5  | Other Adjustments                  |            |            |            |
| 6  | Total Deductions                   | $0         | $0         | $0         |
| 7  | Scheduled Net Rents                | $0         | $0         | $0         |
| 8  | Less: Rents Receivable (2)         |            |            |            |
| 9  | Scheduled Net Rents Collected (2)  | $0         | $0         | $0         |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|     |                                      | Account 1 | Account 2 | Account 3 |
|-----|--------------------------------------|----------:|----------:|----------:|
| 10  | Bank                                 |           |           |           |
| 11  | Account No.                          |           |           |           |
| 12  | Account Purpose                      |           |           |           |
| 13  | Balance, End of Month                |           |           |           |
| 14  | Total Funds on Hand for all Accounts | $0        |           |           |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended _____09/30/11_____

|   |   | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | $0 | $0 |
| 3 | Interest Received | $0 | $0 |
| 4 | Borrowings | $0 | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 6 | Capital Contributions | $10,000 | $241,697 |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $10,000 | $241,697 |
| | **Cash Disbursements** | | |
| 13 | Selling | $0 | $0 |
| 14 | Administrative | $6,619 | $153,374 |
| 15 | Capital Expenditures | $0 | $0 |
| 16 | Principal Payments on Debt | $0 | $0 |
| 17 | Interest Paid | $0 | $0 |
| | Rent/Lease: | | |
| 18 | Personal Property | $0 | $0 |
| 19 | Real Property | $0 | $0 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | $0 | $0 |
| 21 | Draws | $0 | $0 |
| 22 | Commissions/Royalties | $0 | $0 |
| 23 | Expense Reimbursements | $0 | $0 |
| 24 | Other | $0 | $0 |
| 25 | Salaries/Commissions (less employee withholding) | $8,907 | $57,817 |
| 26 | Management Fees | $0 | $0 |
| | Taxes: | | |
| 27 | Employee Withholding | $2,711 | $17,609 |
| 28 | Employer Payroll Taxes | $0 | $0 |
| 29 | Real Property Taxes | $0 | $0 |
| 30 | Other Taxes | $0 | $0 |
| 31 | Other Cash Outflows: | $0 | $0 |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $18,237 | $228,800 |
| 38 | **Net Increase (Decrease) in Cash** | ($8,237) | $12,897 |
| 39 | **Cash Balance, Beginning of Period** | $27,133 | |
| 40 | **Cash Balance, End of Period** | $18,897 | $12,897 |

# Wells Fargo Combined Statement of Accounts





CARTER'S GROVE LLC
DEBTOR IN POSSESSION
CH 11 CASE #11-51330 (EVA)
GENERAL OPERATIONS ACCOUNT
3810 WASHINGTON ST
SAN FRANCISCO CA 94118-1650

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Access Wells Fargo/Gallup's Small Business Index reports, press releases and podcasts at wellsfargobusinessinsights.com/small-business-index. The quarterly index reflects small business owner optimism, perceptions of current conditions (past 12 months) and future expectations (next 12 months) relating to financial situation, revenues, cash flow, capital spending, jobs and credit availability.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☐ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☐ |
| Overdraft Protection | ☐ |

## Summary of accounts

### Checking and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Expanded Business Checking | 2 | 2553813482 | 26,807.43 | 18,501.71 |
| Expanded Business Checking | 3 | 2553813474 | 227.74 | 316.82 |
| Expanded Business Checking | 5 | 9637475576 | 98.03 | 78.03 |
| | **Total deposit accounts** | | **$27,133.20** | **$18,896.56** |



# Expanded Business Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $26,807.43 |
| Deposits/Credits | 10,000.00 |
| Withdrawals/Debits | - 18,305.72 |
| **Ending balance on 9/30** | **$18,501.71** |
| | |
| Average ledger balance this period | $20,761.47 |

Account number: ███3482

**CARTER'S GROVE LLC**
**DEBTOR IN POSSESSION**
**CH 11 CASE #11-51330 (EVA)**
**GENERAL OPERATIONS ACCOUNT**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/12 | 1067 | Check | | 3,866.18 | |
| 9/12 | 1066 | Check | | 279.54 | 22,661.71 |
| 9/15 | | Online Transfer Ref #Ibemqnpkf5 to Expanded Business Checking xxxxxx3474 on 09/15/11 | | 5,000.00 | 17,661.71 |
| 9/27 | | Online Transfer Ref #Ibec2Lfgyr to Expanded Business Checking xxxxxx3474 on 09/27/11 | | 6,000.00 | |
| 9/27 | 1068 | Check | | 150.00 | 11,511.71 |
| 9/28 | 1069 | Check | | 2,000.00 | 9,511.71 |
| 9/29 | | Online Transfer Ref #Ibe2Cg9Wtm to Expanded Business Checking xxxxxx3474 on 09/29/11 | | 1,000.00 | 8,511.71 |
| 9/30 | | WT Fed#04680 Jpmorgan Chase Ban /Org=Laura Ann Childress OR Gloria Ann Srf# 1059600273Es Trn#110930053674 Rfb# Poh of 11/09/30 | 10,000.00 | | |
| 9/30 | | Wire Trans Svc Charge - Sequence: 110930053674 Srf# 1059600273Es Trn#110930053674 Rfb# Poh of 11/09/30 | | 10.00 | 18,501.71 |
| **Ending balance on 9/30** | | | | | **18,501.71** |
| **Totals** | | | **$10,000.00** | **$18,305.72** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1066 | 9/12 | 279.54 | 1068 | 9/27 | 150.00 | 1069 | 9/28 | 2,000.00 |
| 1067 | 9/12 | 3,866.18 | | | | | | |



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Paid and Deposited Items | 4 | 300 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

With Wells Fargo Business Online, you can get free*, timely account alerts to notify you when important transactions occur. Choose to be notified when a deposit or withdrawal posts, when balances fall below a certain level, and more. You can also customize how you'd like to be notified - by email, text message, or both. It's an easy way to stay on top of critical business information.

Setting up alerts is easy. Simply sign on to Wells Fargo Business Online at wellsfargo.com/biz. Select the "Messages & Alerts" tab, then select "Set Up/Modify Alerts".

*For alerts sent to your wireless device, service provider and applicable account activity fees may apply.



# ✓ IMPORTANT ACCOUNT INFORMATION

IMPORTANT NOTICE - The enclosed Wells Fargo-Wachovia update insert contains a story entitled "Financial solutions for college". The display in the story refers to the Wells Fargo Student Loan for Parents. To learn more about this and other student loan products, please visit wellsfargo.com/student today.

 - Wells Fargo Bank is consistently rated as "Outstanding" for the Community Reinvestment Act (CRA) by federal regulators, the highest rating a financial services institution can receive.

# Expanded Business Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $227.74 |
| Deposits/Credits | 14,710.66 |
| Withdrawals/Debits | - 14,621.58 |
| **Ending balance on 9/30** | **$316.82** |
| Average ledger balance this period | $604.10 |

Account number: ████3474

**CARTER'S GROVE LLC**
**DEBTOR IN POSSESSION**
**CH 11 CASE #11-51330 (EVA)**
**PAYROLL ACCOUNT**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/12 | | Paychex Eib Invoice 110912 x41533400009331 Carters Grove LLC | | 188.70 | 39.04 |
| 9/14 | | Paychex Payroll 4159670000694x Carters Grove LLC | | 4,453.28 | -4,414.24 |
| 9/15 | | Overdraft Fee for Item $4,453.28 09/14 Paychex Payroll 415967000006 94x Carters Grove LLC | | 25.00 | |
| 9/15 | | Online Transfer Ref #Ibemqnpkf5 From Expanded Business Checking xxxxxx3482 on 09/15/11 | 5,000.00 | | |
| 9/15 | | Paychex Tps Taxes 090811 41596500012698x Carters Grove LLC | | 1,355.33 | -794.57 |
| 9/16 | | Preauthorized Debit Reversal | 1,355.33 | | |
| 9/16 | | NSF Return Item Fee for Item $1,355.33 09/15 Paychex Tps Taxes 090811 415965000126 98x Carters Grove LLC | | 25.00 | 535.76 |
| 9/21 | | Paychex Tps Taxes 092011 41752200002261x Carters Grove LLC | | 1,355.33 | -819.57 |
| 9/22 | | Preauthorized Debit Reversal | 1,355.33 | | |
| 9/22 | | NSF Return Item Fee for Item $1,355.33 09/21 Paychex Tps Taxes 092011 417522000022 61x Carters Grove LLC | | 35.00 | 500.76 |
| 9/27 | | Online Transfer Ref #Ibec2Lfgyr From Expanded Business Checking xxxxxx3482 on 09/27/11 | 6,000.00 | | 6,500.76 |
| 9/28 | | Paychex Tps Taxes 092711 41843200001477x Carters Grove LLC | | 1,355.33 | 5,145.43 |
| 9/29 | | Online Transfer Ref #Ibe2Cg9Wtm From Expanded Business Checking xxxxxx3482 on 09/29/11 | 1,000.00 | | |
| 9/29 | | Paychex Payroll 41849600002332x Carters Grove LLC | | 4,453.29 | 1,692.14 |
| 9/30 | | Paychex Tps Taxes 092711 41846900018689x Carters Grove LLC | | 1,355.32 | |
| 9/30 | | Monthly Service Fee | | 20.00 | 316.82 |
| **Ending balance on 9/30** | | | | | **316.82** |
| **Totals** | | | **$14,710.66** | **$14,621.58** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

### Items returned unpaid

| Date | Description | | | Amount |
|---|---|---|---|---|
| 9/16 | Non-Monetary Notation Transaction | Reference # | 021000020433486 | 1,355.33 |
| 9/22 | Non-Monetary Notation Transaction | Reference # | 021000029275592 | 1,355.33 |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Paid and Deposited Items | 5 | 300 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



# Expanded Business Checking

## Activity summary

| | |
|---|---:|
| Beginning balance on 9/1 | $98.03 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 20.00 |
| **Ending balance on 9/30** | **$78.03** |
| Average ledger balance this period | $98.03 |

Account number:  ████5576

**CARTER'S GROVE LLC**
**DEBTOR IN POSSESSION**
**CH 11 CASE #11-51330 (EVA)**
**TAX ACCOUNT**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you
would like more information regarding Overdraft Protection and
eligibility requirements please call the number listed at the top of
your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 9/30 | | Monthly Service Fee | | 20.00 | 78.03 |
| **Ending balance on 9/30** | | | | | **78.03** |
| **Totals** | | | **$0.00** | **$20.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your
transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                          $ _____
register or transfers into                          $ _____
your account which are not                          $ _____
shown on your statement.                        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** | $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801