UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

In re:

    Carter's Grove, LLC,

    Debtor.

Case No. 11-51330-SCS

Chapter 11

APPLICATION OF THE U.S. TRUSTEE FOR ENTRY OF AN ORDER APPROVING APPOINTMENT OF STANLEY J. SAMORAJCZYK AS CHAPTER 11 TRUSTEE

    W. Clarkson McDow, Jr., the United States Trustee for Region Four, by counsel, applies to the Court, pursuant to Fed. R. Bankr. P. 2007.1, for entry of an order approving the appointment of Stanley J. Samorajczyk, Senior Counsel with the law firm of McNamee, Hosea, Jernigan, Kim, Geenan & Lynch, P.A. ("McNamee Hosea"), as Chapter 11 trustee in the above-captioned proceeding. In support of his Application, the U.S. Trustee states:

    1.    On February 14, 2011, the debtor filed a voluntary petition in the United States Bankruptcy Court for the Northern District of California under Chapter 11, Title 11, U.S. Code.

    2.    On July 21, 2011, the debtor's case was transferred to this Court.

    3.    On March 22, 2012, this Court entered an order directing the U.S. Trustee to appoint a Chapter 11 trustee. The Court entered a supplemental Order further detailing its decision to direct the appointment of a Chapter 11 trustee on March 28, 2012.

    4.    Subject to this Court's approval, the U.S. Trustee has appointed Stanley J. Samorajczyk, a disinterested person, to serve as the Chapter 11 trustee in this case.

    5.    Before seeking the appointment of Mr. Samorajczyk as the Chapter 11 trustee, the

Debera F. Conlon, Esq., AUST, VSB No. 20837
Cecelia A. Weschler, Esq., VSB No. 28245
Kenneth N. Whitehurst, III, Esq., VSB No. 48919
Office of the United States Trustee
200 Granby Street, Room 625
Norfolk, VA 23510
(757) 441-6012

U.S. Trustee, through his Assistant and trial attorney, consulted with the following parties in interest, either directly or through their counsel, regarding the appointment:

    A.    The Debtor;

    B.    AVN Air, LLC;

    C.    The Colonial Williamsburg Foundation;

    D.    Sotheby's, Inc.;

    E.    Brian Chalsma – The Roofing & Remodeling Company;

    F.    The Virginia Department of Historic Resources;

6.    To the best of the U.S. Trustee's knowledge, all of Mr. Samorajczyk 's connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, and the U.S. Trustee and any person employed in the office of the United States Trustee, are set forth in Mr. Samorajczyk's verified statement, filed herewith.

7.    To the best of the U.S. Trustee's knowledge, neither Mr. Samorajczyk nor McNamee Hosea have connections that would render approval of his appointment improper.

    Respectfully submitted,

    W. Clarkson McDow, Jr.
    United States Trustee for Region Four

By:    /s/ Kenneth N. Whitehurst, III
    Debera F. Conlon
    Assistant United States Trustee

    Kenneth N. Whitehurst, III
    Trial Attorney

Case 11-51330-SCS    Doc 204    Filed 04/04/12    Entered 04/04/12 15:57:13    Desc Main
                                Document      Page 3 of 3

## **CERTIFICATE OF SERVICE**

       I certify that on April 4, 2012, service of the foregoing on all attorney Users in this case was accomplished through the Notice of Electronic Filing, pursuant to CM/ECF Policy 9 of the United States Bankruptcy Court for the Eastern District of Virginia, Case Management/Electronic Case Files (CM/ECF) Policy Statement, Version 09/04/09.

       I further certify that, on the same date, a true copy was mailed to the Appointee, Stanley J. Samorajczyk, Esq., McNamee Hosea, 888 Bestgate Road, Suite 304, Annapolis, Maryland 21401.

       /s/ Kenneth N. Whitehurst, III
       Kenneth N. Whitehurst, III

.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## NEWPORT NEWS DIVISION

In re:

    Carter's Grove, LLC,
    Debtor.

Case No. 11-51330-SCS
Chapter 11

## VERIFIED STATEMENT OF STANLEY J. SAMORAJCZYK

I hereby verify that I have no connections with the debtor(s), creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee except as follows:

NONE.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Date: April 4, 2012

                                                        Stanley J. Samorajczyk

Debera F. Conlon, Esq., AUST, VSB No. 20837
Cecelia A. Weschler, Esq., VSB No. 28245
Kenneth N. Whitehurst, III, Esq., VSB No. 48919
Office of the United States Trustee
200 Granby Street, Room 625
Norfolk, VA 23510
(757) 441-6012

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

In re: | Case No. 11-51330-SCS
Carter's Grove, LLC, | Chapter 11
Debtor.

## NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

To: Stanley J. Samorajczyk, Esq.
McNAMEE HOSEA
888 Bestgate Road, Suite 304
Annapolis, Maryland 21401

Pursuant to the Orders of this Court entered on March 22 and 28, 2012 (the "Orders") directing the United States Trustee to appoint a chapter 11 trustee in the above-captioned case, the United States Trustee hereby appoints Stanley J. Samorajczyk to serve as the chapter 11 trustee.

The chapter 11 trustee bond is initially set at $50,000.00. The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.

This appointment is made the 4th day of April, 2012.

W. CLARKSON MCDOW, JR.
UNITED STATES TRUSTEE

United States Trustee for Region 4
1835 Assembly Street, Suite 953
Columbia, South Carolina 29201

Date: April 4, 2012

Debera F. Conlon, Esq., AUST, VSB No. 20837
Cecelia A. Weschler, Esq., VSB No. 28245
Kenneth N. Whitehurst, III, Esq., VSB No. 48919
Office of the United States Trustee
200 Granby Street, Room 625
Norfolk, VA 23510
(757) 441-6012

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

In re:                                                                  Case No. 11-51330-SCS

    Carter's Grove, LLC,                                          Chapter 11
    Debtor.

**ORDER APPROVING APOINTMENT OF CHAPTER 11 TRUSTEE**

    The Court having considered the Application of the United States Trustee for entry of an Order approving appointment of Stanley J. Samorajczyk as Chapter 11 trustee in the above-captioned case(s), it is hereby

    ORDERED that the appointment is approved.

ENTER:

Entered on
Docket on _____ .

_____
United States Bankruptcy Judge

I ask for this:

/s/ Kenneth N. Whitehurst, III
Kenneth N. Whitehurst, III, Esq.
Office of the U.S. Trustee

**Local Rule 9022-1(C) Certification**

    The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

    /s/Kenneth N. Whitehurst, III
    Kenneth N. Whitehurst, III

Debera F. Conlon, Esq., AUST, VSB No. 20837
Cecelia A. Weschler, Esq., VSB No. 28245
Kenneth N. Whitehurst, III, Esq., VSB No. 48919
Office of the United States Trustee
200 Granby Street, Room 625
Norfolk, VA 23510
(757) 441-6012

**PARTIES TO RECEIVE COPIES:**

Carter's Grove, LLC
c/o Halsey Minor
3810 Washington Street
San Francisco, California 94118

Stanley J. Samorajczyk, Esq.
McNamee Hosea
888 Bestgate Road, Suite 304
Annapolis, Maryland 21401

Robert S. Westerman, Esq. (via email)
Sheila G. de la Cruz, Esq. (via email)
Stephen J. Darmody, Esq. (via email)

Tara L. Elgie, Esq. (via email)
Benjamin C. Ackerly, Esq. (via email)

Melissa M. W. Goode, Esq. (via email)

Curtis G. Manchester, Esq. (via email)
Alison R. W. Toepp, Esq. (via email)

John A. Trocki, III, Esq. (via email)

Office of the U.S. Trustee (via email)

.